United States District Court
Southern District of Texas
**ENTERED**
August 21, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEX NEFTALY IRAHETA JIMENEZ, <br> Plaintiff, <br><br> v. <br><br> 5454 AIRPORT, LLC, *et al.*, <br> Defendants. | § § § § § § § § § | CIVIL ACTION NO. H-16-1749 |

## ORDER

It is hereby **ORDERED** that Plaintiff Alex Neftaly Iraheta Jimenez's Motion to Continue the Partial Summary Judgment Response Deadline [Doc. # 24] is **GRANTED** and the deadline for his response to Defendants' Motion for Partial Summary Judgment is extended to **September 25, 2017**. No further extensions of this deadline will be permitted. It is further

**ORDERED** that the deadline for the parties' Joint Pretrial Order is extended to **October 31, 2017**, and docket call is rescheduled to **1:00 p.m. on November 13, 2017**.

SIGNED at Houston, Texas, this **21st** day of **August, 2017**.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

C:\Users\sheliaashabranner\AppData\Local\Temp\notesC9AA6C\1749MR56d.wpd    170821.0955